**FILED**
December 30, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                                        )   Case No. 2:05-mj-368 KJM
                    Plaintiff,              )
v.                                                     )   ORDER FOR RELEASE OF
                                                        )   PERSON IN CUSTODY
Scott Jackson,                              )
                                                        )
                    Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Scott Jackson Case No. 2:05-mj-368 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

_X_ $25,000 Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) Probation ~~PTS~~ conditions/supervision

Issued at Sacramento, CA on December 30, 2005 at 2:30 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge