IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 05-368-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT |
| | ) | TO 18 U.S.C. §4285 |
| SCOTT JACKSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to furnish the above named SCOTT JACKSON, with transportation from Sacramento, California to the place of his initial appearance in Chicago, Illinois on Thursday, January 19, 2006 at 9:30 a.m.  It will be necessary for Mr. Jackson to arrive in Chicago, Illinois on Wednesday, January 18, 2006, to timely make his appearance in court on the morning of Thursday, January 19, 2006.  In addition, you are directed to furnish Mr. Jackson with money for subsistence expenses in connection with his transportation as ordered herein, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  As demonstrated by the financial affidavit submitted in connection with appointment of the Federal Defender's office to represent him, and further

1  supported by the representation of counsel, Mr. Jackson is
2  financially unable to be in Chicago, Illinois on Thursday, January
3  19, 2006 without transportation and subsistence
4  expenses.  Mr. Jackson also will need transportation and
5  subsistence expenses to allow his return to Sacramento, California,
6  after the initial appearance on Thursday, January 19, 2006, if his
7  release is continued.  The foregoing is authorized by 18 U.S.C.
8  § 4285.
9       IT IS SO ORDERED.
10 DATED: January 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE